LAURA E. INNES, BAR NO. 124259
JAMIE RUDMAN, BAR NO. 166727
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861
LInnes@sgilaw.com
JRudman@sgilaw.com

Attorneys for Defendant
JOHN BENWARD COMPANY, INC.

TOMAS E. MARGAIN, Bar No. 193555
JACOB SIDER, Bar. No. 236084
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA 94103
Telephone:   415-861-9600
Fax:         415-861-9622
margainlaw@hotmail.com

Attorneys for Plaintiffs MIKE E. MORRISON
and BOBBY G. SHEPHERD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO BRANCH)

| MIKE E. MORRISON and BOBBY G. SHEPHERD, | ) Case No. 08-CV-03489 EDL |
|---|---|
| Plaintiffs, | ) **STIPULATION AND (PROPOSED)** ) **ORDER FOR DISMISSAL** |
| v. | ) |
| JOHN BENWARD COMPANY, INC., | ) |
| Defendant. | ) |

///

///

{CLIENT FILES\31469\1\00097172.DOC}

- 1 -

STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rules of Civil Procedure 41(a)(1), the Plaintiffs and Defendant hereby stipulate to dismiss the above-captioned matter with prejudice.

Dated: March 3, 2009

SIMPSON, GARRITY & INNES
Professional Corporation

By: _____
LAURA E. INNES
JAMIE RUDMAN
Attorneys for Defendant
John Benward Company, Inc.

Dated: March 3, 2009

By: _____
TOMAS E. MARGAIN
JACOB SIDER
Attorneys for Plaintiffs
Mike E. Morrison and Bobby G. Shepherd

**ORDER**

Pursuant to the above stipulation, IT IS SO ORDERED.

Dated: March _____, 2009

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte

{CLIENT FILES\31469\1\00097172.DOC}

- 2 -